**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Open Medicine Institute, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA **American Consotherapy Center, Inc.** <br> FDBA **American Institute of Chinese Medicine Against Cancer** <br> FDBA **Institute of World Traditional Medicine** <br> FDBA **OMI** <br> FDBA **University of Herbal Medicine** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4230167** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **319 Bernardo Ave.** <br> **Mountain View, CA 94043** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.openmedicineinstitute.org/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4931__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 3 of 76

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2020**

MM / DD / YYYY

**X** /s/ Laura Gingher                              Laura Gingher

Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** /s/ Jennifer C. Hayes                     Date   **November 23, 2020**

Signature of attorney for debtor                       MM / DD / YYYY

**Jennifer C. Hayes 197252**

Printed name

**Finestone Hayes LLP**

Firm name

**456 Montgomery St.**
**20th Floor**
**San Francisco, CA 94104-1233**

Number, Street, City, State & ZIP Code

Contact phone   **(415) 616-0466**      Email address   **jhayes@fhlawllp.com**

**197252 CA**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2020**    X */s/ Laura Gingher*
                                        Signature of individual signing on behalf of debtor

                                        **Laura Gingher**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 5 of 76

Debtor name **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $     **349,059.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $     **349,059.07**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **118,610.41**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     **132,608.14**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **18,196,460.79**

4. Total liabilities .........................................................................
Lines 2 + 3a + 3b

$     **18,447,679.34**

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 6 of 76

Fill in this information to identify the case:

Debtor name   **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **3251** | **Unknown** |
| 3.2. | **Bank of America** | **Checking** | **0853** | **Unknown** |
| 3.3. | **Wells Fargo** | **Checking** | **3930** | **Unknown** |
| 3.4. | **Wells Fargo** | **Savings** | **2391** | **$0.00** |
| 3.5. | **Comerica Bank** | **Checking** | **2389** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$0.00** |
|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit, Lawrence A. Smith,  lease of a condominium in Wisconsin** | **$1,850.00** |
|---|---|---|

| 7.2. | **Deposit, Texas HCP Holding, lease of a clinic in Texas** | **$3,840.00** |
|---|---|---|

| 7.3. | **Deposit, Valley Research Park, lease of property at 319 Bernardo Ave., Mountain View, CA** | **$10,000.00** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$15,690.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  _____**0.00**_____  -  _____**0.00**_____  = ....  **Unknown**
                          face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Open Medicine Institute, Inc. | Case number (If known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Miscellaneous, located at former Wisconsin clinic | $0.00 | | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Miscellaneous, valued at 50% of cost (computers, monitors, scanners, printers, software, firewalls), located at former Wisconsin clinic | $0.00 | | $25,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $30,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Miscellaneous (desks, chairs, tables, cabinets, research and lab equipment, valued at 50% of amount paid)**      $0.00      $300,000.00

51. **Total of Part 8.**      | $300,000.00 |

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** **Unknown if OMI has trademarks for Open Medicine Institute &/or OpenMedNet** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** **www.openmedicineinstitute.org, www.omimv.org** | $0.00 | | $1,000.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Open Med Net EMR database. Processes and protocols for Covid Testing.** | $0.00 | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**      | $1,000.00 |

   Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

| **Flexis Inc.** | 2,369.07 | - 0.00 | = $2,369.07 |
|---|---|---|---|
|  | Total face amount | doubtful or uncollectible amount | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **See 2019 tax return, $3,011,230 (net operating loss)** | Tax year 2018 | Unknown |
|---|---|---|
| **See 2019 tax return, requested refund of $18,000, Internal Revenue Service** | Tax year 2018 | Unknown |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Lawsuit filed by Debtor styled Open Medicine Institute, Inc. v. Coppe Healthcare Solutions Inc. et al, Santa Clara Superior Court, Case No. 20CV373341**      Unknown

| Nature of claim | **Breach of fiduciary duty, fraud, RICO, and other claims** |
|---|---|
| Amount requested | **$15,000,000.00** |

**Lawsuit filed by Debtor styled Open Medicine Institute, Inc. v. Open Medicine Clinic, Inc., Andreas Kogelnik, et al., Santa County Superior Court, Case No. 20CV370747**      Unknown

| Nature of claim | **Breach of fiduciary duty, fraud, common counts and other claims** |
|---|---|
| Amount requested | **$500,000.00** |

**Lawsuit filed by Debtor styled Open Medicine Institute, Inc. vs  Basis Diagnostics et al., Santa Clara Superior Court, Case No. [awaiting assignment of case number ]. Case filed on 11/20/20**

| Nature of claim | Breach of fiduciary duty, conversion, trespass to chattels, and other claims |
|---|---|
| **Amount requested** | **$0.00** |

                                                                                                                **Unknown**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
        **Possible additional claims against Andreas Kogelnick and/or others**

                                                                                                                **Unknown**

| Nature of claim | |
|---|---|
| **Amount requested** | **$0.00** |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

                                                                                          | **$2,369.07** |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 12 of 76

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,690.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $300,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,369.07 | |
| 91. **Total.** Add lines 80 through 90 for each column | $349,059.07 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $349,059.07 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1** | **CHTD Company**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 #17-7568664707**

**Describe the lien**
**Financing Stmt filed 1/31/17**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**

Value of collateral: **$0.00**

---

**2.2** | **Corporation Service Company, as Rep**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**UCC-1 # 16-7547261392**

**Describe the lien**
**Financing Stmt Filed 9/21/16**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**

Value of collateral: **$0.00**

---

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 14 of 76

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kash Capital** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**475 Northern Blvd**
**Great Neck, NY 11021**

Creditor's mailing address

**UCC-1 #19-7728860604**

**Describe the lien**
**Financing Stmt, filed 8/20/19**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Partners Capital Financial Services** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**7808 Creekridge Cir Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**UCC-1 #18-7672685303**

**Describe the lien**
**Financing Stmt, filed 9/26/18**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Queen Funding LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**2221 NE 164 St**
**North Miami Beach, FL**
**33160**

Creditor's mailing address

**UCC-1 #18-7662564570**

**Describe the lien**
**Financing Stmt, filed 8/6/18**

**Is the creditor an insider or related party?**

☐ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 15 of 76

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
☐ Yes
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Stearns Bank NA** | Describe debtor's property that is subject to a lien | $118,610.41 | $0.00 |

Creditor's Name

**FACSLyric, UCC-1 #18-7673123331**

**500 13th St
Albany, MN 56307**
Creditor's mailing address

Describe the lien
**Financing Stmt, filed 10/1/18**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo Vendor Fin. Services LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**IVIS, UCC-1#20-7760026232; equipment returned to creditor prepetition**

**PO Box 35701
Billings, MT 59107**
Creditor's mailing address

Describe the lien
**Financing Stmt, filed 1/30/20**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 16 of 76

| Debtor | **Open Medicine Institute, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **West Coast Business Capital** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **UCC-1 #17-7597312143, Amendment #19-77431004** | | |
| | **Corporation Service Company** | | | |
| | **PO Box 2576** | | | |
| | **Springfield, IL 62708** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Financing Stmt filed 7/21/17** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$118,610.41** |
|---|---|---|

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor name **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cal. Dept. Tax & Fee
Administration
450 N. Street
P.O. Box 942879
Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development
Department
State of California
Bankruptcy Unit-MIC 92E
Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                52896                Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 18 of 76

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.11 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**State of California**
**P.O. Box 2952**
**Sacramento, CA 95812-5000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Annual corporations fee**

Last 4 digits of account number **9627**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131,706.03 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aftermath**
**75 Executive Dr, Ste 200**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Trade debt-notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Airgas USA LLC**
**PO Box 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3748**

Basis for the claim:   **Trade debt-notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.60 |
|---|---|---|---|

**Alhambra**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6417**

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**Amar Foundation**
**1760 The Alameda, Ste 300**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthem Blue Cross**
**PO Box 51011**
**Los Angeles, CA 90051-5311**

Date(s) debt was incurred _

Last 4 digits of account number  **6220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health insurance--notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Applied Air Filters Inc**
**38424 Cedar Blvd**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt--notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,053.00 |
|---|---|---|---|

**Arnold G. Werschky II MD**
**279 Miller Ave**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|

**ASC Therapeutics Inc.**
**319 N. Bernardo Avenue**
**Attn: Steven Zhang**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (deposit for vivarium services)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,647.12 |
|---|---|---|---|

**Ascension Health Alliance**
**PO Box 505307**
**Saint Louis, MO 63150**

Date(s) debt was incurred _

Last 4 digits of account number  **2594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wisconsin lease--lease was surrendered in September 2020**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.00 |
|---|---|---|---|

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

Date(s) debt was incurred _

Last 4 digits of account number  **3889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 20 of 76

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.87 |
|---|---|---|---|

**AT&T**
**P.O. Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0505__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.39 |
|---|---|---|---|

**AT&T**
**P.O. Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __4305__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $756.23 |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __4562__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,956.68 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __5087__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.24 |
|---|---|---|---|

**AT&T Uverse (ERC - collections)**
**PO Box 57610**
**Jacksonville, FL 32241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0770__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,470.14 |
|---|---|---|---|

**Atlas Copco Compressors LLC**
**300 Technology Center Way, Ste 550**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __5141__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay Cities Lock & Safe**
**638 Auzerais Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt-notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 21 of 76

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,764.50 |
|---|---|---|---|

**Becton, Dickinson and Company**
PO Box 100921
Pasadena, CA 91189-0921

Date(s) debt was incurred _
Last 4 digits of account number **2729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Brumar Cabinetry Inc**
6685 Hwy 17 N
Rhinelander, WI 54501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,770.16 |
|---|---|---|---|

**CA State Board of Equalization**
PO Box 942879
Sacramento, CA 94279

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sales tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,692.00 |
|---|---|---|---|

**CBRE**
400 S Hope St, 25th Fl
Los Angeles, CA 90071

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.00 |
|---|---|---|---|

**CellTrend Gmbh**
Im Biotechnologiepark 3, 14943
Luckewalde, Germany
Luckenwalde, DE 14943

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,132.80 |
|---|---|---|---|

**Cintas Fire Protection**
PO Box 636525
Cincinnati, OH 45263-6525

Date(s) debt was incurred _
Last 4 digits of account number **3120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cintas Fire Protection**
PO Box 636525
Cincinnati, OH 45263-6525

Date(s) debt was incurred _
Last 4 digits of account number **2186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt-notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 22 of 76

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,403.00**

**City of Mountain View**
PO Box 742745
Los Angeles, CA 90074-2745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Taxes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,638.43**

**City of Mountain View**
PO Box 743338
Los Angeles, CA 90074-3338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Taxes__

Last 4 digits of account number __0008__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,934.69**

**City of Mountain View**
PO Box 743338
Los Angeles, CA 90074-3338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Taxes__

Last 4 digits of account number __0006__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.00**

**ClickTime**
282 Second St, 4th Flr
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00**

**CNA**
PO Box 842060
Boston, MA 02284-2060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,618.00**

**CNA Insurance**
PO Box 74007619
Chicago, IL 60674-7619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance premium__

Last 4 digits of account number __3364__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,282.00**

**Colliers International CA Inc**
6250 N River Rd, Ste 11-100
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 23 of 76

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257,000.00 |
|---|---|---|---|

**Comerica Bank**
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Date(s) debt was incurred _

Last 4 digits of account number **5606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Comtel**
1292 Hammerwood Ave
Sunnyvale, CA 94089

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,847.89 |
|---|---|---|---|

**Concord Technologies**
PO Box 84125
Seattle, WA 98124-5425

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Cornerstone Recovery Services**
1209 N. Saginaw Blvd., Ste. G-251
Attn: David Berkley
Fort Worth, TX 76179

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**DeAunne Denmark MD**
5611 Beaumont Ave
La Jolla, CA 92037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,587.00 |
|---|---|---|---|

**Decker Electric**
1282 Folsom St
San Francisco, CA 94103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Development Leverage Consulting LLC**
857 Waverley St
Palo Alto, CA 94301-2740

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt-notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 24 of 76

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.49 |
|---|---|---|---|

**DirecTV**
**PO Box 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8538**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,736.26 |
|---|---|---|---|

**EC Group International**
**c/o Allen Longcore**
**PO Box 126**
**Allendale, MI 49401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ECO Compliance Corporation**
**35 Miller Ave, Ste 195**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt-notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,646.00 |
|---|---|---|---|

**El Camino Hospital**
**2500 Grant Road, Dept. #05663**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0106**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,369.00 |
|---|---|---|---|

**Electro-Motion Incorporated**
**1001 O'Brien Dr**
**Menlo Park, CA 94026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,400.00 |
|---|---|---|---|

**Elim Biopharmaceuticals Inc**
**25495 Whitesell Street**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Elliot Larson**
**1020 Mariposa St #2**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 25 of 76

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Employers Preferred Ins Co**
PO Box 53089
Phoenix, AZ 85072-3089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9801**

Basis for the claim: **Worker's Compensation Insurance-notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,971.77 |
|---|---|---|---|

**Eppendorf North America Inc**
PO Box 13275
Newark, NJ 07101-3275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **4701**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Explora BioLabs**
11175 Flintkote Ave, Ste B
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,906.62 |
|---|---|---|---|

**Facility Masters, Inc.**
1604 Kerley Dr
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FedEx**
PO Box 7221
Pasadena, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **5854**

Basis for the claim: **Trade debt-notice purposes only (small credit owed to Debtor in sum of $12.32)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**Financial Pacific Leasing Inc**
PO Box 749642
Los Angeles, CA 90074-9642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9302**

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,490.00 |
|---|---|---|---|

**Financial Pacific Leasing Inc**
PO Box 749642
Los Angeles, CA 90074-9642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9303**

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Financial Pacific Leasing Inc**<br>**PO Box 749642**<br>**Los Angeles, CA 90074-9642** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,551.26** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9301** | **Basis for the claim:** **Equipment lease**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Fisher Healthcare**<br>**aka Thermo Fisher Scientific**<br>**13551 Collections Ctr Dr**<br>**Chicago, IL 60693** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$337.63** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1001** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☑ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Fulgent Theraputics LLC**<br>**PO Box 748677**<br>**Los Angeles, CA 90074-8677** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,100.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5094** | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**GCA Law Partners LLP**<br>**2570 W El Camino Real, Ste 400**<br>**Mountain View, CA 94040** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,785.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1297** | **Basis for the claim:** **Legal services**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Gilbert Meyer**<br>**c/o Castle & Nicholson LLP**<br>**50 California Street, 32nd Floor**<br>**San Francisco, CA 94111** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$550,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Donation**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Greenough Consulting Group (GCG)**<br>**2570 W El Camino Real, Ste 400**<br>**Mountain View, CA 94040** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,785.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Grifols USA LLC**<br>**PO Box 749700**<br>**Los Angeles, CA 90074-9700** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,333.60** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 27 of 76

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Health Diagnostics - HDRI**
540 Bordentown Ave, Ste 2300
South Amboy, NJ 08879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200,000.00 |
|---|---|---|---|

**Howard Young Foundation**
P.O. Box 470
Woodruff, WI 54568

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Hsinyi (Lucy) Lu**
455 Woodside Dr
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Hurricane Electric LLC**
760 Mission Ct
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Illumina Inc**
12864 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **3905**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.16 |
|---|---|---|---|

**Integrated DNA Technologies Inc**
PO Box 74007330
Chicago, IL 60674-7330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaiser Foundation Health Plan**
File 5915--NEED ADDRESS
Los Angeles, CA 90074-5915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Health plan-notice purposes only**

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 28 of 76

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,500.00 |
|---|---|---|---|

**Khloris BioScience**
**319 N. Bernardo Avenue**
**Attn: Dr. Lynn Bui**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt (deposit for vivarium services)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**KOBZA2 Inc**
**2083 Old Middlefield Way, Ste 100**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number  **0237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,233.39 |
|---|---|---|---|

**Larry S Kent Inc dba Kent Construction**
**8505 Church St, Ste 12**
**Gilroy, CA 95020-4262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number  **2171**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**Lawrence A Smith II**
**4105 James Dr**
**Oklahoma City, OK 73145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wisconsin condominium**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Life Length LLC**
**21218 St Andrews Blvd 236**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.61 |
|---|---|---|---|

**Life Technologies Corporation**
**12088 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Mark Yin**
**10704 Martinwood Way**
**Cupertino, CA 95014-4422**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 29 of 76

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.16 |

**3.74**
Nonpriority creditor's name and mailing address
**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number **6200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$307.16**

---

**3.75**
Nonpriority creditor's name and mailing address
**Mehrdad Yazdani**
**431 El Camino Real, Apt 4402**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,444.31**

---

**3.76**
Nonpriority creditor's name and mailing address
**Merritt Hawkins and Associates**
**PO Box 281943**
**Atlanta, GA 30384-1943**

Date(s) debt was incurred _

Last 4 digits of account number **PQAB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,276.54**

---

**3.77**
Nonpriority creditor's name and mailing address
**Millipore Sigma**
**400 Summit Dr**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number **0575**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,644.32**

---

**3.78**
Nonpriority creditor's name and mailing address
**Mission Bio Inc**
**6000 Shoreline Ct, Ste 104**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$202,958.00**

---

**3.79**
Nonpriority creditor's name and mailing address
**Morrison Foerster**
**425 Market St.**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$17,192.00**

---

**3.80**
Nonpriority creditor's name and mailing address
**Murrieta Genomics**
**26442 Beckman Court**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,260.00**

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 30 of 76

**3.81** Nonpriority creditor's name and mailing address
**National Jewish Health**
**1400 Jackson St, M011**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number **1810**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$265.56

---

**3.82** Nonpriority creditor's name and mailing address
**On Deck Credit Line**
**1400 Broadway**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number **6405**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit line**

Is the claim subject to offset? ■ No ☐ Yes

$2,138.00

---

**3.83** Nonpriority creditor's name and mailing address
**On Deck Credit Line**
**1400 Broadway**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number **8816**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit line**

Is the claim subject to offset? ■ No ☐ Yes

$135,147.91

---

**3.84** Nonpriority creditor's name and mailing address
**Opentrons Labworks Inc**
**20 Jay St, Ste 5828**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,380.00

---

**3.85** Nonpriority creditor's name and mailing address
**Partners Capital Group**
**201 E Sandpointe**
**Suite 500**
**Santa Ana, CA 92707**

Date(s) debt was incurred _

Last 4 digits of account number **295**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,972.00

---

**3.86** Nonpriority creditor's name and mailing address
**PC Solutions**
**3774 P Loop**
**Washougal, WA 98671**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt-notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.87** Nonpriority creditor's name and mailing address
**PG&E**
**Box 997300**
**Sacramento, CA 95899-7300**

Date(s) debt was incurred _

Last 4 digits of account number **3577**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$253,567.35

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 31 of 76

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,598.40 |
|---|---|---|---|
| | PG&E<br>Box 997300<br>Sacramento, CA 95899-7300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number __5168__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,710.00 |
|---|---|---|---|
| | Platina Systems Corporation<br>3180 De La Cruz Blvd #110<br>Santa Clara, CA 95054 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Pleasant Plus Technologies Private Ltd<br>No 49, Chitlapakkam Main Rd<br>Mahalakshmi Nagar<br>INDIA 600073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt-notice purposes only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|
| | PR Newswire<br>PO Box 5897<br>New York, NY 10087-5897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __1839__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $872.22 |
|---|---|---|---|
| | Praxair Distribution Inc<br>10829 Etiwanda Ave<br>Fontana, CA 92337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __1138__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,140.93 |
|---|---|---|---|
| | QIAGEN Inc<br>PO Box 5132<br>Carol Stream, IL 60197-5132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __5541__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,290.98 |
|---|---|---|---|
| | Quill LLC<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __9670__ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 32 of 76

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**R&D Systems Inc**<br>**614 McKinley Place NE**<br>**Minneapolis, MN 55413**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,721.73** |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Rajiv Naidu**<br>**c/o Buchalter, Attn: Valerie Bantner Peo**<br>**55 Second Street, Suite 1700**<br>**San Francisco, CA 94105-3493**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$257,006.84** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Randox**<br>**515 Industrial Boulevard**<br>**Kearneysville, WV 25430**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **C505** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$170,000.00** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Ready Capital**<br>**1251 Avenue of the Americas**<br>**50th Floor**<br>**New York, NY 10020**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4338** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **PPP Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350,000.00** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Refuge Biotechnologies**<br>**319 N. Bernardo Avenue**<br>**Attn: Zhifen Zhang**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt (deposit for vivarium services)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,500.00** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Retarus (North America) Inc**<br>**300 Lighting Way, Ste 315**<br>**Secaucus, NJ 07094**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **20US** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,127.47** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Revolution Medicine Inc.**<br>**319 N. Bernardo Avenue**<br>**Attn: Tim Viella**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt (deposit for vivarium services)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84,050.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Rock Creek Advisors LLC**
**555 Fifth Ave, 14th Flr**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |
|---|---|---|---|

**Sabah International Incorporated**
**5925 Stoneridge Dr**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number __9563__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,231.79** |
|---|---|---|---|

**SCC DTAC (County of Santa Clara)**
**70 W Hedding St, East Wing, 6th Flr**
**San Jose, CA 95110-1767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,350.00** |
|---|---|---|---|

**Seqmatic LLC**
**44846 Osgood Rd**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.20** |
|---|---|---|---|

**Sierra Internal Medicine Inc**
**926 Incline Way, Ste 250**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,323.92** |
|---|---|---|---|

**Spark Factor Design**
**555 Bryant St #397**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,706,000.00** |
|---|---|---|---|

**Spark Factor Design**
**555 Bryant St #397**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 34 of 76

| | | | |
|---|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700,000.00** |
| | **Spark Factor Design**<br>**555 Bryant St #397**<br>**Palo Alto, CA 94301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Agreement__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.96** |
| | **Spectrum/Charter Communications**<br>**PO Box 94188**<br>**Palatine, IL 60094-4188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  9126** | Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,517.04** |
| | **Stearns Bank NA**<br>**500 13th St**<br>**Albany, MN 56307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Equipment lease__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,356.00** |
| | **T3 Realthy Advisors West Corp**<br>**PO Box 741047**<br>**Los Angeles, CA 90074-1047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,722.88** |
| | **TechSmart Air Conditioning Inc**<br>**16035 Caputo Dr, Ste E**<br>**Morgan Hill, CA 95037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,311.20** |
| | **Texas HCP Holding LP -Lincoln Harris CSG**<br>**PO Box 741047**<br>**Los Angeles, CA 90074-1047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Houston, Texas lease__<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.27** |
| | **Tim Spaeder**<br>**1334 Padstone Dr**<br>**Apex, NC 27502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 35 of 76

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tony's Clean Team LLC**
**PO Box 51715**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt-notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,648.00 |
|---|---|---|---|

**TriNet HR III, Inc.**
**15500 B Rockfield Blvd**
**Alan L. Brodkin & Associates**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,445.50 |
|---|---|---|---|

**Trucker Huss**
**One Embarcadero Center, 12th Flr**
**San Francisco, CA 94111-3628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,000.00 |
|---|---|---|---|

**Twist Medical LLC**
**1325 Howard St, Ste 530**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**UC Davis Health**
**4900 Broadway**
**Suite 2600**
**Sacramento, CA 95820-1532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,818.25 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,435.61 |
|---|---|---|---|

**Unity Lab Svcs/Thermo Fisher Scientific**
**168 Third Avenue**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number  **4747**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-51678  Doc# 1  Filed: 11/23/20  Entered: 11/23/20 15:37:14  Page 36 of 76

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,506.26 |
|---|---|---|---|

**3.123**

Nonpriority creditor's name and mailing address
**University of Washington Lab Med**
**PO Box 9468**
**Seattle, WA 98109-0468**

Date(s) debt was incurred _

Last 4 digits of account number **MVDKBC**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,506.26**

---

**3.124**

Nonpriority creditor's name and mailing address
**UPS**
**780 W Army Trail Rd**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number **71FV**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$193.58**

---

**3.125**

Nonpriority creditor's name and mailing address
**Van Ert Electric Company Inc**
**7019 W Stewart Ave**
**Wausau, WI 54401-9230**

Date(s) debt was incurred _

Last 4 digits of account number **HOWYOU**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,810.00**

---

**3.126**

Nonpriority creditor's name and mailing address
**Vanni Properties Inc-Vanni Business Park**
**8080 Santa Teresa Blvd**
**Suite 210**
**Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mountain View Lease-notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.127**

Nonpriority creditor's name and mailing address
**VetEquip Inc**
**1452 N Vasco Rd #303**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt-notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.128**

Nonpriority creditor's name and mailing address
**ViaSat**
**6155 El Camino Real**
**Carlsbad, CA 92009-1699**

Date(s) debt was incurred _

Last 4 digits of account number **8290**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$578.10**

---

**3.129**

Nonpriority creditor's name and mailing address
**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

Date(s) debt was incurred _

Last 4 digits of account number **4787**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,438.16**

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 37 of 76

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,430.00** |
|---|---|---|---|

**WCG WIRB-Western Inst. Review Bd**
PO Box 150434
Dept. 106091
Hartford, CT 06115-0434

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
PO Box 030310
Los Angeles, CA 90030-0310

Date(s) debt was incurred _

Last 4 digits of account number __8834__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Equipment lease-IVIS Machine, surrendered prepetition__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,068.13** |
|---|---|---|---|

**Whoop Inc**
1325 Boylston St, Ste 401
Boston, MA 02215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,725,000.00** |
|---|---|---|---|

**Working Dirt R2 LLC**
555 Bryant St #249
Palo Alto, CA 94301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.00** |
|---|---|---|---|

**WSGR (Wilson Sonsini Goodrich & Rosati)**
650 Page Mill Road
Palo Alto, CA 94304-1050

Date(s) debt was incurred _

Last 4 digits of account number __2000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,748.69** |
|---|---|---|---|

**Zee Medical Service Co**
1721-A Junction Ave
PO Box 610878
San Jose, CA 95161

Date(s) debt was incurred _

Last 4 digits of account number __5698__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Zymo Research Corporation**
17062 Murphy Ave
Irvine, CA 92614

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade debt: refund of $6,991.26 requested__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 38 of 76

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 132,608.14 |
| 5b. Total claims from Part 2 | 5b. + | $ 18,196,460.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 18,329,068.93 |

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 39 of 76

**Fill in this information to identify the case:**

Debtor name    **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract: Vivarium Services Agreement dated April 14, 2019; animal research facility management, consulting, and related services** | |
| | State the term remaining | **18 months (aprx)** | |
| | List the contract number of any government contract | | **Explora BioLabs**<br>**11175 Flintkote Avenue, Suite B**<br>**San Diego, CA 92121** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease: Brain monitor, contract dated 2/1/16, five-year term.** | |
| | State the term remaining | **3 months (aprx)** | |
| | List the contract number of any government contract | | **Financial Pacific Leasing Inc**<br>**PO Box 749642**<br>**Los Angeles, CA 90074-9642** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease: Eppendorf incubator, contract dated 12/26/16, five-year term** | |
| | State the term remaining | **13 months (aprx)** | |
| | List the contract number of any government contract | | **Financial Pacific Leasing Inc**<br>**PO Box 749642**<br>**Los Angeles, CA 90074-9642** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease: VWR International freezer, contract dated 4/10/17, five-year lease** | |
| | State the term remaining | **17 months (aprx)** | |
| | List the contract number of any government contract | | **Financial Pacific Leasing Inc**<br>**PO Box 749642**<br>**Los Angeles, CA 90074-9642** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential real property lease dated May 13, 2019; two-year term; condominium located at 311 E. Park Avenue, Minocqua, Wisconsin 54548; lease surrendered and keys returned to landlord in June 2020** |
| | State the term remaining | **0 months** |
| | List the contract number of any government contract | |

**Lawrence A Smith II**
**c/o Agent for Service of Process**
**4815 Rib River Trail**
**Wausau, WI 54401**

| | | |
|---|---|---|
| **2.6.** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease: Second piece for FACSLyric equipment, dated 9/20/18, contract #39295, five-year tem** |
| | State the term remaining | **37 months (aprx)** |
| | List the contract number of any government contract | |

**Partners Capital Group**
**201 E. Sandpointe**
**Suite 500**
**Santa Ana, CA 92707**

| | | |
|---|---|---|
| **2.7.** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease, FACSLyric IVD, 60 installment payments, contract #2172888-001, contract date 9/6/18** |
| | State the term remaining | **34 months aprx** |
| | List the contract number of any government contract | |

**Stearns Bank NA**
**500 13th St**
**Albany, MN 56307**

| | | |
|---|---|---|
| **2.8.** | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease located at 7400 Fannin, Suite 810, Houston, TX 77054, dated November 1, 2019. Lease term is for one year, two months, twenty-four days. Lease commenced on November 8, 2019.** |
| | State the term remaining | **2 months (aprx)** |
| | List the contract number of any government contract | |

**Texas HCP Holding LP (Lincoln Harris CSG**
**PO Box 741047**
**Los Angeles, CA 90074-1047**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 41 of 76

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease of aprx. 20,000 square feet in 319 Bernardo Ave., Mountain View, CA; vivarium is being operated there. Currently there are aprx 2,500 mice in the vivarium** |
| | State the term remaining | **Aprx 11 months** |
| | List the contract number of any government contract | |

**Valley Research Park**
**319 N. Bernardo Ave.**
**Attn:  Jon Cain**
**Mountain View, CA 94043**

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract: Master Incubator Services Agreement dated October 28, 2020** |
| | State the term remaining | **11 months (aprx)** |
| | List the contract number of any government contract | |

**Valley Research Park**
**319 North Bernardo Ave.**
**Attn:  Jon Cain**
**Mountain View, CA 94043**

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease:  IVIS machine purchased from PerkinElmer and leased by Wells Fargo, pre-tax sale price of $168,475.39. Equipment surrendered to Wells Fargo prepetition** |
| | State the term remaining | **n/a** |
| | List the contract number of any government contract | |

**Wells Fargo Vendor Fin. Services LLC**
**PO Box 35701**
**Billings, MT 59107**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Andreas Kogelnik** | **1143 Webster St** **Palo Alto, CA 94301** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Andreas Kogelnik** | **1143 Webster Street** **Palo Alto, CA 94301** | | **Kash Capital** | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |
| 2.3 **Andreas Kogelnik** | **1143 Webster Street** **Palo Alto, CA 94301** | | **Partners Capital Financial Services** | ■ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.4 **Andreas Kogelnik** | **1143 Webster Street** **Palo Alto, CA 94301** | | **Stearns Bank NA** | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.5 **Andreas Kogelnik** | **1143 Webster Street** **Palo Alto, CA 94301** | | **Wells Fargo Vendor Fin. Services LLC** | ■ D   **2.7** ☐ E/F _____ ☐ G _____ |

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 43 of 76

| Debtor | **Open Medicine Institute, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Andreas Kogelnik | 1143 Webster Street Palo Alto, CA 94301 | West Coast Business Capital | ■ D **2.8** ☐ E/F _____ ☐ G _____ |
| 2.7 | Andreas Kogelnik | 1143 Webster Street Palo Alto, CA 94301 | On Deck Credit Line | ☐ D _____ ■ E/F **3.83** ☐ G _____ |
| 2.8 | Andreas Kogelnik | 1143 Webster Street Palo Alto, CA 94301 | Spark Factor Design | ☐ D _____ ■ E/F **3.108** ☐ G _____ |
| 2.9 | Andreas Kogelnik | 1143 Webster Street Palo Alto, CA 94301 | Working Dirt R2 LLC | ☐ D _____ ■ E/F **3.133** ☐ G _____ |
| 2.10 | Andreas M. Kogelnik | 1143 Webster Street Palo Alto, CA 94301 | Queen Funding LLC | ■ D **2.5** ☐ E/F _____ ☐ G _____ |
| 2.11 | Andreas Kogelnick | 1143 Webster St Palo Alto, CA 94301 | Stearns Bank NA | ☐ D _____ ☐ E/F _____ ■ G **2.7** |
| 2.12 | Andreas Kogelnick | 1143 Webster St Palo Alto, CA 94301 | Financial Pacific Leasing Inc | ☐ D _____ ☐ E/F _____ ■ G **2.2** |
| 2.13 | Andreas Kogelnik | 1143 Webster St Palo Alto, CA 94301 | Financial Pacific Leasing Inc | ☐ D _____ ☐ E/F _____ ■ G **2.3** |

Official Form 206H

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 2 of 3

Best Case Bankruptcy

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 44 of 76

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Andreas Kogelnik** | **1143 Webster St Palo Alto, CA 94301** | **Financial Pacific Leasing Inc** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.4__ |

| 2.15 | **Andreas Kogelnik** | **1143 Webster St Palo Alto, CA 94301** | **Partners Capital Group** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 45 of 76

Fill in this information to identify the case:

Debtor name    **Open Medicine Institute, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,586,702.82** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$4,626,754.40** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$4,984,788.68** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Interest** | **$75.65** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | **Interest** | **$14.60** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 46 of 76

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Exhibit A** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment A** | | **$1,311,827.43** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Bayview Resources vs Open Medicine Institute, Inc. Case #19CV359744.** | | **Santa Clara County Superior Court 191 North First Street San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 47 of 76

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Texas HCP Holding, L.P. v.<br>Open Medicine Institute, Inc.<br>1158751** | **Breach of<br>commercial<br>property lease<br>located at 7400<br>Fannin, Suite 810,<br>Houston, Texas** | **Harris County Civil Court<br>201 Caroline #532<br>Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Rajiv Naidu v. Open Medicine<br>Institute, Inc.<br>20CV370297** | **Breach of<br>contract, open<br>book account,<br>account stated** | **Santa Clara County<br>Superior Court<br>191 North First Street<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **EC Group International, Inc.<br>v. Open Medicine Institute,<br>Inc.<br>20-00641-CBB** | | **State of Michigan 17th<br>Judicial District<br>180 Ottawa NW<br>Grand Rapids, MI 49503** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **TRINET HR III, Inc.<br>20CV362342** | **Breach of contract<br>and common<br>counts** | **Santa Clara County<br>Superior Court<br>191 North First Street<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery Street**<br>**20th Floor**<br>**San Francisco, CA 94104** | | **8/12/20,**<br>**$15,000;**<br>**10/19/20,**<br>**$10,000;**<br>**11/11/20,**<br>**$15,000** | **$40,000.00** |
| | Email or website address<br>**www.fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2500 Hospital Dr**<br>**Suite 200**<br>**Mountain View, CA 94040** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Open Medicine Institute, Inc. 401k plan run by Guideline. Terminated on 10/15/20** | EIN: _____ |

Has the plan been terminated?
☐ No
☑ Yes

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Comerica Bank**<br>**1717 Main Street**<br>**Dallas, TX 75201** | **XXXX-2389** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.2. | **Bank of America**<br>**501 Brannan Street**<br>**San Francisco, CA 94107** | **XXXX-3086** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 13, 2020** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 51 of 76

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Open Medicine Clinic**<br>**c/o Andreas Kogelnik**<br>**1143 Webster St**<br>**Palo Alto, CA 94301** | | EIN:    **26-4397917**<br><br>From-To |
| 25.2. **Coppe Healthcare Solutions Inc.**<br>**16192 Coastal Hwy**<br>**Lewes, DE 19958** | **Laboratory Testing** | EIN:<br><br>From-To |
| 25.3. **Basis Diagnostics Inc.**<br>**39655 Eureka Dr**<br>**Newark, CA 94560** | **Laboratory Testing** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Eileen Guell (Kelleher)**<br>**1390 Broadway St #B206**<br>**Placerville, CA 95667** | **May 2018 to May 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Valley Community Fund, Inc.** | **555 Bryant St., #318 Palo Alto, CA 94301** | **Shareholder, 7,800,000 shares** | **81.6754%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Spark Factor Design | **555 Bryant St #397 Palo Alto, CA 94301** | **Shareholder, 1,225,000** | **12.82722%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allan May | **455 Woodside Drive Redwood City, CA 94062** | **Promised 25,000 shares** | **0.26178%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andreas Kogelnik | **39655 Eureka Dr Newark, CA 94560** | **Shareholder,  500,000 shares** | **5.2356%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Abraham Farag | **319 N. Bernardo Avenue CA 94034** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laura Gingher | **319 N. Bernardo Avenue CA 94034** | **Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andreas Kogelnik | **39655 Eureka Dr. Newark, CA 94560** | **Former director and CEO (2009 to June 2018)** | **Director: from 2009 to August 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attachment A** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Case: 20-51678   Doc# 1   Filed: 11/23/20   Entered: 11/23/20 15:37:14   Page 53 of 76

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2020**

**/s/ Laura Gingher**                                    **Laura Gingher**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Case: 20-51678    Doc# 1    Filed: 11/23/20    Entered: 11/23/20 15:37:14    Page 54 of 76

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Open Medicine Institute, Inc.**

_____ Debtor(s).          /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __19__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 23, 2020**

                                        **/s/ Jennifer C. Hayes**
                                        _____
                                        Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Aftermath
75 Executive Dr, Ste 200
Aurora, IL 60504


Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289


Alhambra
PO Box 660579
Dallas, TX 75266-0579


Amar Foundation
1760 The Alameda, Ste 300
San Jose, CA 95126


Andreas Kogelnick
1143 Webster St
Palo Alto, CA 94301


Andreas Kogelnik
1143 Webster St
Palo Alto, CA 94301


Andreas Kogelnik
1143 Webster Street
Palo Alto, CA 94301


Andreas M. Kogelnik
1143 Webster Street
Palo Alto, CA 94301

Anthem Blue Cross
PO Box 51011
Los Angeles, CA 90051-5311


Applied Air Filters Inc
38424 Cedar Blvd
Newark, CA 94560


Arnold G. Werschky II MD
279 Miller Ave
Mill Valley, CA 94941


ASC Therapeutics Inc.
319 N. Bernardo Avenue
Attn: Steven Zhang
Mountain View, CA 94043


Ascension Health Alliance
PO Box 505307
Saint Louis, MO 63150


AT&T
PO Box 5014
Carol Stream, IL 60197-5014


AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

```
AT&T
PO Box 5019
Carol Stream, IL 60197-5019


AT&T Uverse (ERC - collections)
PO Box 57610
Jacksonville, FL 32241


Atlas Copco Compressors LLC
300 Technology Center Way, Ste 550
Rock Hill, SC 29730


Bay Cities Lock & Safe
638 Auzerais Ave
San Jose, CA 95126


Becton, Dickinson and Company
PO Box 100921
Pasadena, CA 91189-0921


Brumar Cabinetry Inc
6685 Hwy 17 N
Rhinelander, WI 54501


CA State Board of Equalization
PO Box 942879
Sacramento, CA 94279


Cal. Dept. Tax & Fee Administration
450 N. Street
P.O. Box 942879
Sacramento, CA 94279
```

CBRE
400 S Hope St, 25th Fl
Los Angeles, CA 90071


CellTrend Gmbh
Im Biotechnologiepark 3, 14943
Luckewalde, Germany
Luckenwalde, DE 14943


CHTD Company
PO Box 2576
Springfield, IL 62708


Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525


City of Mountain View
PO Box 742745
Los Angeles, CA 90074-2745


City of Mountain View
PO Box 743338
Los Angeles, CA 90074-3338


ClickTime
282 Second St, 4th Flr
San Francisco, CA 94105


CNA
PO Box 842060
Boston, MA 02284-2060

CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619


Colliers International CA Inc
6250 N River Rd, Ste 11-100
Des Plaines, IL 60018


Comerica Bank
15910 Ventura Blvd., 12th Floor
Encino, CA 91436


Comtel
1292 Hammerwood Ave
Sunnyvale, CA 94089


Concord Technologies
PO Box 84125
Seattle, WA 98124-5425


Cornerstone Recovery Services
1209 N. Saginaw Blvd., Ste. G-251
Attn: David Berkley
Fort Worth, TX 76179


Corporation Service Company, as Rep
PO Box 2576
Springfield, IL 62708


DeAunne Denmark MD
5611 Beaumont Ave
La Jolla, CA 92037

Decker Electric
1282 Folsom St
San Francisco, CA 94103


Development Leverage Consulting LLC
857 Waverley St
Palo Alto, CA 94301-2740


DirecTV
PO Box 105249
Atlanta, GA 30348-5249


EC Group International
c/o Allen Longcore
PO Box 126
Allendale, MI 49401


ECO Compliance Corporation
35 Miller Ave, Ste 195
Mill Valley, CA 94941


El Camino Hospital
2500 Grant Road, Dept. #05663
Mountain View, CA 94040


Electro-Motion Incorporated
1001 O'Brien Dr
Menlo Park, CA 94026


Elim Biopharmaceuticals Inc
25495 Whitesell Street
Hayward, CA 94545

Elliot Larson
1020 Mariposa St #2
San Francisco, CA 94107


Employers Preferred Ins Co
PO Box 53089
Phoenix, AZ 85072-3089


Employment Development Department
State of California
Bankruptcy Unit-MIC 92E
Sacramento, CA 94280-0001


Eppendorf North America Inc
PO Box 13275
Newark, NJ 07101-3275


Explora BioLabs
11175 Flintkote Ave, Ste B
San Diego, CA 92121


Explora BioLabs
11175 Flintkote Avenue, Suite B
San Diego, CA 92121


Facility Masters, Inc.
1604 Kerley Dr
San Jose, CA 95112


FedEx
PO Box 7221
Pasadena, CA 91109-7321

Financial Pacific Leasing Inc
PO Box 749642
Los Angeles, CA 90074-9642


Fisher Healthcare
aka Thermo Fisher Scientific
13551 Collections Ctr Dr
Chicago, IL 60693


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Fulgent Theraputics LLC
PO Box 748677
Los Angeles, CA 90074-8677


GCA Law Partners LLP
2570 W El Camino Real, Ste 400
Mountain View, CA 94040


Gilbert Meyer
c/o Castle & Nicholson LLP
50 California Street, 32nd Floor
San Francisco, CA 94111


Greenough Consulting Group (GCG)
2570 W El Camino Real, Ste 400
Mountain View, CA 94040


Grifols USA LLC
PO Box 749700
Los Angeles, CA 90074-9700

Health Diagnostics - HDRI
540 Bordentown Ave, Ste 2300
South Amboy, NJ 08879


Howard Young Foundation
P.O. Box 470
Woodruff, WI 54568


Hsinyi (Lucy) Lu
455 Woodside Dr
Woodside, CA 94062


Hurricane Electric LLC
760 Mission Ct
Fremont, CA 94539


Illumina Inc
12864 Collections Center Dr
Chicago, IL 60693


Integrated DNA Technologies Inc
PO Box 74007330
Chicago, IL 60674-7330


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Kaiser Foundation Health Plan
File 5915--NEED ADDRESS
Los Angeles, CA 90074-5915

Kash Capital
475 Northern Blvd
Great Neck, NY 11021


Khloris BioScience
319 N. Bernardo Avenue
Attn: Dr. Lynn Bui
Mountain View, CA 94043


KOBZA2 Inc
2083 Old Middlefield Way, Ste 100
Mountain View, CA 94043


Larry S Kent Inc dba Kent Construction
8505 Church St, Ste 12
Gilroy, CA 95020-4262


Lawrence A Smith II
4105 James Dr
Oklahoma City, OK 73145


Lawrence A Smith II
c/o Agent for Service of Process
4815 Rib River Trail
Wausau, WI 54401


Life Length LLC
21218 St Andrews Blvd 236
Boca Raton, FL 33433


Life Technologies Corporation
12088 Collections Center Dr
Chicago, IL 60693

Mark Yin
10704 Martinwood Way
Cupertino, CA 95014-4422


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Mehrdad Yazdani
431 El Camino Real, Apt 4402
Santa Clara, CA 95050


Merritt Hawkins and Associates
PO Box 281943
Atlanta, GA 30384-1943


Millipore Sigma
400 Summit Dr
Burlington, MA 01803


Mission Bio Inc
6000 Shoreline Ct, Ste 104
South San Francisco, CA 94080


Morrison Foerster
425 Market St.
San Francisco, CA 94105


Murrieta Genomics
26442 Beckman Court
Murrieta, CA 92562

National Jewish Health
1400 Jackson St, M011
Denver, CO 80206


On Deck Credit Line
1400 Broadway
New York, NY 10018


Opentrons Labworks Inc
20 Jay St, Ste 5828
Brooklyn, NY 11201


Partners Capital Financial Services
7808 Creekridge Cir Ste 250
Edina, MN 55439


Partners Capital Group
201 E Sandpointe
Suite 500
Santa Ana, CA 92707


Partners Capital Group
201 E. Sandpointe
Suite 500
Santa Ana, CA 92707


PC Solutions
3774 P Loop
Washougal, WA 98671


PG&E
Box 997300
Sacramento, CA 95899-7300

Platina Systems Corporation
3180 De La Cruz Blvd #110
Santa Clara, CA 95054


Pleasant Plus Technologies Private Ltd
No 49, Chitlapakkam Main Rd
Mahalakshmi Nagar
INDIA 600073


PR Newswire
PO Box 5897
New York, NY 10087-5897


Praxair Distribution Inc
10829 Etiwanda Ave
Fontana, CA 92337


QIAGEN Inc
PO Box 5132
Carol Stream, IL 60197-5132


Queen Funding LLC
2221 NE 164 St
North Miami Beach, FL 33160


Quill LLC
PO Box 37600
Philadelphia, PA 19101-0600


R&D Systems Inc
614 McKinley Place NE
Minneapolis, MN 55413

Rajiv Naidu
c/o Buchalter, Attn: Valerie Bantner Peo
55 Second Street, Suite 1700
San Francisco, CA 94105-3493


Randox
515 Industrial Boulevard
Kearneysville, WV 25430


Ready Capital
1251 Avenue of the Americas
50th Floor
New York, NY 10020


Refuge Biotechnologies
319 N. Bernardo Avenue
Attn: Zhifen Zhang
Mountain View, CA 94043


Retarus (North America) Inc
300 Lighting Way, Ste 315
Secaucus, NJ 07094


Revolution Medicine Inc.
319 N. Bernardo Avenue
Attn: Tim Viella
Mountain View, CA 94043


Rock Creek Advisors LLC
555 Fifth Ave, 14th Flr
New York, NY 10017


Sabah International Incorporated
5925 Stoneridge Dr
Pleasanton, CA 94588

SCC DTAC (County of Santa Clara)
70 W Hedding St, East Wing, 6th Flr
San Jose, CA 95110-1767


Seqmatic LLC
44846 Osgood Rd
Fremont, CA 94539


Sierra Internal Medicine Inc
926 Incline Way, Ste 250
Incline Village, NV 89451


Spark Factor Design
555 Bryant St #397
Palo Alto, CA 94301


Spectrum/Charter Communications
PO Box 94188
Palatine, IL 60094-4188


Stearns Bank NA
500 13th St
Albany, MN 56307


T3 Realthy Advisors West Corp
PO Box 741047
Los Angeles, CA 90074-1047


TechSmart Air Conditioning Inc
16035 Caputo Dr, Ste E
Morgan Hill, CA 95037

Texas HCP Holding LP (Lincoln Harris CSG
PO Box 741047
Los Angeles, CA 90074-1047


Texas HCP Holding LP -Lincoln Harris CSG
PO Box 741047
Los Angeles, CA 90074-1047


Tim Spaeder
1334 Padstone Dr
Apex, NC 27502


Tony's Clean Team LLC
PO Box 51715
Palo Alto, CA 94303


TriNet HR III, Inc.
15500 B Rockfield Blvd
Alan L. Brodkin & Associates
Irvine, CA 92618


Trucker Huss
One Embarcadero Center, 12th Flr
San Francisco, CA 94111-3628


Twist Medical LLC
1325 Howard St, Ste 530
Burlingame, CA 94010


UC Davis Health
4900 Broadway
Suite 2600
Sacramento, CA 95820-1532

Uline
PO Box 88741
Chicago, IL 60680-1741


Unity Lab Svcs/Thermo Fisher Scientific
168 Third Avenue
Waltham, MA 02451


University of Washington Lab Med
PO Box 9468
Seattle, WA 98109-0468


UPS
780 W Army Trail Rd
Carol Stream, IL 60132-0577


Valley Research Park
319 N. Bernardo Ave.
Attn: Jon Cain
Mountain View, CA 94043


Valley Research Park
319 North Bernardo Ave.
Attn: Jon Cain
Mountain View, CA 94043


Van Ert Electric Company Inc
7019 W Stewart Ave
Wausau, WI 54401-9230


Vanni Properties Inc-Vanni Business Park
8080 Santa Teresa Blvd
Suite 210
Gilroy, CA 95020

VetEquip Inc
1452 N Vasco Rd #303
Livermore, CA 94551


ViaSat
6155 El Camino Real
Carlsbad, CA 92009-1699


VWR International LLC
PO Box 640169
Pittsburgh, PA 15264-0169


WCG WIRB-Western Inst. Review Bd
PO Box 150434
Dept. 106091
Hartford, CT 06115-0434


Wells Fargo Vendor Fin. Services LLC
PO Box 35701
Billings, MT 59107


Wells Fargo Vendor Financial Services
PO Box 030310
Los Angeles, CA 90030-0310


West Coast Business Capital
Corporation Service Company
PO Box 2576
Springfield, IL 62708


Whoop Inc
1325 Boylston St, Ste 401
Boston, MA 02215

Working Dirt R2 LLC
555 Bryant St #249
Palo Alto, CA 94301


WSGR (Wilson Sonsini Goodrich & Rosati)
650 Page Mill Road
Palo Alto, CA 94304-1050


Zee Medical Service Co
1721-A Junction Ave
PO Box 610878
San Jose, CA 95161


Zymo Research Corporation
17062 Murphy Ave
Irvine, CA 92614

# United States Bankruptcy Court
## Northern District of California

In re    __Open Medicine Institute, Inc.__ _____    Case No. _____

                                     Debtor(s)    Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Open Medicine Institute, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

__November 23, 2020__ _____

Date

__/s/ Jennifer C. Hayes__ _____

__Jennifer C. Hayes 197252__

Signature of Attorney or Litigant

Counsel for    __Open Medicine Institute, Inc.__ _____

__Finestone Hayes LLP__
__456 Montgomery St.__
__20th Floor__
__San Francisco, CA 94104-1233__
__(415) 616-0466 Fax:(415) 398-2820__
__jhayes@fhlawllp.com__

# United States Bankruptcy Court
## Northern District of California

In re   **Open Medicine Institute, Inc.**            Case No. _____

                                         Debtor(s)                Chapter      **7** _____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

|   |   |   |   |
|---|---|---|---|
| a) | For legal services rendered or to be rendered in contemplation of and in connection with this case | $ | 40,000.00 |
| b) | Prior to the filing of this statement, debtor(s) have paid | $ | 40,000.00 |
| c) | The unpaid balance due and payable is | $ | 0.00 |

3.      $ __335.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c.    Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **November 23, 2020** _____          Respectfully submitted,

                                                 **/s/ Jennifer C. Hayes** _____

                                                 Attorney for Debtor: **Jennifer C. Hayes 197252**
                                                 **Finestone Hayes LLP**
                                                 **456 Montgomery St.**
                                                 **20th Floor**
                                                 **San Francisco, CA 94104-1233**
                                                 **(415) 616-0466  Fax: (415) 398-2820**
                                                 **jhayes@fhlawllp.com**